**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-513-FDW-DCK**

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AAA DRIVING SCHOOL, LLC and THERESSA DENNING,<br><br>Defendants. | <br><br><br><br>**ORDER TO ADMIT PRO HAC VICE** |

Upon motion, for good cause shown, pursuant to Local Rule 83.1(b), it is ordered that attorney Lawrence E. Laubscher, Jr. of the firm, Laubscher & Laubscher, P.C., is hereby admitted *pro hac vice* for the purpose of representing Plaintiff American Automobile Association, Inc. in the above-captioned action. Attorney Justin N. Davis, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: November 10, 2008

David C. Keesler
United States Magistrate Judge